826

No. 171. ANDERSON-TULLY COMPANY *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Lamar Williamson* and *R. L. Dent* for petitioner. *Solicitor General Perlman, Assistant Attorney General Vanech* and *Roger P. Marquis* for the United States.

No. 175. TRAVELERS INSURANCE CO. *v.* TONER, DEPUTY COMMISSIONER, UNITED STATES EMPLOYEES' COMPENSATION COMMISSION, ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Arthur J. Phelan* and *Frank F. Roberson* for petitioner. *Solicitor General Perlman, Assistant Attorney General Baldridge* and *Samuel D. Slade* for the Deputy Commissioner, respondent.

No. 179. OSTERMAN & HUTNER ET AL. *v.* GUARANTY TRUST CO., TRUSTEE, ET AL. Appellate Division of the Supreme Court of New York, First Judicial Department. Certiorari denied. *Percival E. Jackson* for petitioners. *Theodore Kiendl* for the Guaranty Trust Co.; *Bernard D. Fischman* for Klorfein; *John B. Marsh* and *Edward E. Watts, Jr.* for the City Bank Farmers Trust Co.; and *Arthur A. Gammell* for the Chase National Bank, respondents.

No. 181. KAM KOON WAN *v.* E. E. BLACK, LTD. C. A. 9th Cir. Certiorari denied. *Samuel Landau* and *David Previant* for petitioner.

No. 182. MILLER ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Al M. Heck* for petitioners. *Solicitor General Perlman, Robert L. Stern, Ed Dupree, Leon J. Libeu* and *Nathan Siegel* for the United States.